01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )      CASE NO. CR18-016-TSZ
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )      DETENTION ORDER
11  JONATHAN RUSHING,                      )
                                           )
12          Defendant.                     )
                                           )
13  _____      )

14  <u>Offense charged</u>:      Conspiracy to Distribute Controlled Substances; Possession of Crack

15  Cocaine and Methamphetamine with Intent to Distribute; Felon in Possession of a Firearm;

16  Carrying a Firearm During and in Relation to a Drug Trafficking Crime; Asset Forfeiture

17  Allegations

18  <u>Date of Detention Hearing</u>:    March 21, 2019.

19          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  that no condition or combination of conditions which defendant can meet will reasonably assure

22  the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.     Defendant has a lengthy criminal record, including Murder in the Second Degree, firearms charges, assault, and violations of supervision.   He comes before this Court pursuant to a Rule 5 warrant after his arrest in California.   The warrant has been outstanding for approximately 13 months. He does not contest entry of an order of detention.

3.     Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01  for the defendant, to the United States Marshal, and to the United State Pretrial Services

02  Officer.

03  DATED this 21st day of March, 2019.

04

05  _____
    Mary Alice Theiler

06  United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22


DETENTION ORDER
PAGE -3