1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLYDE MCKNIGHT, a/k/a "Pizza,"
PATRICK TABLES, a/k/a "Break
Bread," and JONATHAN RUSHING,

Defendants.

CR18-16 TSZ

MINUTE ORDER

14

15

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

16

17

18

19

(1)     A status conference is SET for Thursday, April 11, 2019, at 10:00 a.m.  At
the hearing, the Court will consider defendant Clyde McKnight's pro se motion for
reconsideration, docket no. 181.  In addition, counsel shall be prepared to address the
following issues:  (i) whether the parties will be prepared to proceed to trial as currently
scheduled or whether the trial should be continued; and (ii) whether the trial of defendant
Jonathan Rushing should be bifurcated from the trial of defendants Clyde McKnight and
Patrick Tables.  With regard to the issue of bifurcation, counsel shall file briefs, not to
exceed ten (10) pages in length, by April 5, 2019.

20

21

(2)     The deadline for defendant Jonathan Rushing to file any motions is
EXPEDITED from April 11, 2019, to April 5, 2019.  The Government's response to such
motions shall be filed by April 10, 2019.

22

23

MINUTE ORDER - 1

1        (3)      The Clerk is DIRECTED to unseal docket no. 181 and to send a copy of
this Minute Order to all counsel of record and to defendant Clyde McKnight.

2        Dated this 22nd day of March, 2019.

3

4                                                    William M. McCool
                                                     Clerk

5
                                                     s/Karen Dews
6                                                    Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2