UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CLYDE McKNIGHT; and<br>JONATHAN RUSHING,<br><br>   Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) With respect to all defendants, the Court *sua sponte* EXTENDS the deadline for filing pretrial motions from August 29, 2019, to September 12, 2019.

(2) Defendant Jonathan Rushing's motion, docket no. 260, to continue the pretrial motions filing deadline, is STRICKEN as moot.

(3) A status conference is SCHEDULED for 10:00 a.m. on September 4, 2019. Defendants Clyde McKnight and Jonathan Rushing shall both attend.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of August, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1