The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JONATHAN RUSHING,<br><br>Defendant. | NO. CR18-0016 TSZ<br><br>ORDER DISMISSING COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT<br>(AS TO DEFENDANT RUSHING ONLY) |

THIS MATTER comes before the Court on the unopposed motion of the United States, docket no. 269, to dismiss Count 1 against Defendant JONATHAN RUSHING, without prejudice, pursuant to Fed. R. Crim. P. 48(a). The Court, having reviewed the motion, and being otherwise fully advised, hereby GRANTS the motion. It is hereby ORDERED:

1. Count 1 against Defendant JONATHAN RUSHING is dismissed without prejudice.

Dated this 13th day of September, 2019.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Order to Dismiss -- *United States v. Rushing*.

CR18-0016 TSZ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Presented by:
2 |
3 | */s/ S. Kate Vaughan*
3 | S. KATE VAUGHAN
4 | VINCENT T. LOMBARDI
4 | TOBIAS TOBLER
5 | Assistant United States Attorney

Order to Dismiss -- *United States v. Rushing*.

CR18-0016 TSZ - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970