UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLYDE McKNIGHT, a/k/a "Pizza," and JONATHAN RUSHING,<br><br>  Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 295, to sever the trial of defendant Jonathan Rushing from the trial of defendant Clyde McKnight, is GRANTED. Each defendant remains set for trial on October 28, 2019, at 9:00 a.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of September, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1