# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN RUSHING,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    A status conference is SCHEDULED for Thursday, October 17, 2019, at 1:30 p.m. Counsel for the Government, as well as defendant Jonathan Rushing and his attorney, shall be present for the status conference.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 10th day of October, 2019.

                                  William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1