UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN RUSHING,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to Suppress Evidence Obtained in the Seizure and Search of the Lexus Automobile, docket no. 337, is DENIED for the reasons stated in the Court's Order dated October 8, 2019, docket no. 316.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of October, 2019.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk

MINUTE ORDER - 1